AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Marlene Stein

                Plaintiff,

v.

Costco Wholesale Corporation Dba Costco Wholesale 685, Club Demonstration Services, Inc

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-00783-JAD-BNW

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor of Defendant's Costco Wholesale Corporation Dba Costco Wholesale 685, Club Demonstration Services, Inc and against Plaintiff Marlene Stein.

09/08/20238
Date

DEBRA K. KEMPI
Clerk

/s/ C. Torres
Deputy Clerk