AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Marlene Stein

                        **AMENDED** JUDGMENT IN A CIVIL CASE

         Plaintiff,

  v.                              Case Number: 2:21-cv-00988-JCM-EJY

Costco Wholesale Corporation

         Defendant.

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**
JUDGMENT in favor of Defendant Costco Wholesale Corporation and against Plaintiff Marlene Stein.

09/11/2023                                            DEBRA K. KEMPI
Date                                                   Clerk

                                                            /s/ C. Torres
                                                            Deputy Clerk