Lawrence J. Semenza, Esq.
Nevada Bar No. 789
LAWRENCE J. SEMENZA, LTD.
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: (702) 369-6999
Facsimile: (702) 995-9036
Email: lsemenza@semenzalawfirm.com
*Attorneys for Marlene Stein*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARLENE STEIN,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION dba COSTCO WHOLESALE 685, CLUB DEMONSTRATION SERVICES, INC., and DOES 1 through 10,<br><br>Defendants. | Case No. 2:21-cv-00988-JCM-EJY<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT DEMONSTRATION SERVICES, INC.** |

Defendant, DEMONSTRATION SERVICES, INC., although served with the Summons and Complaint in this matter, made no appearance and did not answer or otherwise plead and no default was taken against DEMONSTATION SERVICES, INC.

It is hereby Stipulated between Plaintiff, MARLENE STEIN, by and through her attorney of record, LAWRENCE J. SEMENZA, ESQ. of the law firm of LAWRENCE J. SEMENZA LTD., and Defendant, COSTCO WHOLESALE CORPORATION, by and through its attorney of record, MICHAEL A. FEDERICO, ESQ. of the law firm of OLSON CANNON GORMLEY & STOBERSKI that Defendant, DEMONSTRATION SERVICES, INC., be Dismissed from the above-entitled matter.

LAWRENCE J. SEMENZA, LTD.
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: (702) 369-6999

DATED this 27th day of October 2023.

OLSON CANNON GORMLEY & STOBERSKI

/s/ *Michael Federico*
MICHAEL A. FEDERICO, ESQ.
Nevada Bar No.: 005946
9950 W. Cheyenne Ave.
Las Vegas, NV 89129
Attorney for Defendant

DATED this 27th day of October 2023.

LAWRENCE J. SEMENZA, LTD.

/s/ *Lawrence Semenza*
LAWRENCE J. SEMENZA, ESQ.
Nevada Bar No.: 789
3753 Howard Hughes Pkwy., Ste. 200
Las Vegas, NV 89169
Attorneys for Plaintiff

## **ORDER**

**IT IS HEREBY ORDERED:**

Based upon the Stipulation of the respective Parties, named Defendant, DEMONSTRATION SERVICES, INC., is DISMISSED from the above-entitled action.

DATED October 30, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE